■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY W. RICCIO, Appellant, against ARTHUR D. BRITT, as Sheriff of Erie County, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Erie Special Term dismissing a writ of habeas corpus and remanding relator to the custody of the Sheriff of Erie County for extradition to the State of Texas.) Present McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ EDWARD SPULECKI, Appellant, v. CARL GEIER, Doing Business as SUBURBAN COLLISION SERVICE, et al., Respondents.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the defendant shall, within 10 days, stipulate to increase the verdict to the sum of $2,500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. Memorandum: We find the verdict of the jury inadequate to compensate properly the plaintiff for the injuries he received. All concur. (Appeal by plaintiff from a judgment of Erie Trial Term for plaintiff in an automobile negligence action. The order denied plaintiff's motion for a new trial.) Present— McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ FLOYD HULIN, Appellant, v. PHILIP R. ALOISIO, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Erie Trial Term dismissing the complaint on motion by defendant at the close of plaintiff's case in an automobile negligence action.) Present— McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ HAROLD RISING, Respondent, v. JOSEPH J. KENDZIE et al., Appellants. — Order entered October 31, 1956, dismissing appeal, vacated upon stipulation. [See ante, p. 871.]

■ ALEXANDRA BREHEDA, Respondent, v. WASYL BREHEDA, Appellant.— Appeal dismissed, without costs upon stipulation.

■ In the Matter of LINDEN TRANS-MIX CORP., Appellant, against EARLE V. PATTERSON, as Chairman, et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ MICHAEL A. FANELLI, Respondent, v. JAMES ROCKINO et al., Appellants.— Motion granted and appeal dismissed, without costs.

■ WALTER HARROUN, Appellant, v. JAMES MULLEN, Respondent.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARTHOLOMEW J. BRYSON, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEVEN DOSZTAN, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELZA HAZEL, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE MILLS, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH L. MOORE, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion granted and appeal dismissed.